ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:17-CR-573-D |
| KELLIE LEA LOCKE (4) | |

### FACTUAL RESUME

In support of Locke's plea of guilty to the offense in Count Five of the Indictment, Locke, the defendant, Nathan Rogers, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Five of the Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), that is, Possession with Intent to Distribute a Controlled Substance, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.* That the substance was in fact a mixture or substance containing a detectable amount of methamphetamine; and

*Third.*   That the defendant possessed the substance with the intent to distribute it.

### STIPULATED FACTS

1.  On or about July 26, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, Kellie Lea Locke, knowingly possessed with intent

---

[1] Pattern Crim. Jury Instr. 5th Cir. 2.93 (2015).

Factual Resume – Page 1

to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

2. More specifically, on July 26, 2017, Locke was stopped in the Dallas Division of the Northern District of Texas, and was in possession of approximately 28.5 grams of methamphetamine. Locke possessed this methamphetamine with the intent to distribute it.

[remainder of page left intentionally blank]

3.  The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Five of the Indictment.

AGREED TO AND STIPULATED on this 29th day of December, 2017.

ERIN NEALY COX

UNITED STATES ATTORNEY

_____
KELLIE LEA LOCKE
Defendant

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia State Bar No. 73215
1100 Commerce Street, Third Floor
Tel: 214-659-8680
Fax: 214-659-8812
Email: philip.meitl@usdoj.gov

_____
NATHAN ROGERS
Attorney for Defendant